# EXHIBIT A

 CT Corporation

**Service of Process Transmittal**
04/26/2019
CT Log Number 535374569

**TO:** Melissa Gravlin
FCA US LLC
1000 Chrysler Dr Ofc of
Auburn Hills, MI 48326-2766

**RE:** **Process Served in California**

**FOR:** FCA US LLC  (Domestic State: DE)

---

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Perfecto Marcelo and Mauricio I. Marcelo, etc., Pltfs. vs. FCA US LLC, etc., Dft. |
| **DOCUMENT(S) SERVED:** | Summons, Cover Sheet, Instructions, Complaint, Exhibit(s) |
| **COURT/AGENCY:** | Santa Clara County - Superior Court - San Jose, CA<br>Case # 19CV346575 |
| **NATURE OF ACTION:** | Product Liability Litigation - Lemon Law - 218 Dodge Challenger Hellcat, VIN: 2C3CDZC99JH154496 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Los Angeles, CA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 04/26/2019 at 15:41 |
| **JURISDICTION SERVED :** | California |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service |
| **ATTORNEY(S) / SENDER(S):** | Kathryn B. Abrams<br>Lemon Law Group Partners, PLC<br>150 N. Robertson Blvd<br>Ste 307<br>Beverly Hills, CA 90211<br>888-415-0610 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 04/29/2019, Expected Purge Date: 05/04/2019<br><br>Image SOP<br><br>Email Notification,  Lance Arnott  SOPVerification@wolterskluwer.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 818 West Seventh Street<br>Los Angeles, CA 90017 |
| **TELEPHONE:** | 213-337-4615 |

Page 1 of  1 / MD

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

| | FOR COURT USE ONLY<br>*(SOLO PARA USO DE LA CORTE)* |
|---|---|

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

FCA US LLC, a Delaware Limited Liability Company;

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

PERFECTO MARCELO & MAURICIO I. MARCELO, individuals,

E-FILED
4/17/2019 6:45 AM
Clerk of Court
Superior Court of CA,
County of Santa Clara
19CV346575
Reviewed By: Yuet Lai
Envelope: 2768835

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*  Santa Clara County Superior Court<br>191 N. First Street San Jose 95113 | CASE NUMBER:<br>*(Número del Caso):*  19CV346575 |
|---|---|

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Kathryn B. Abrams, 150 N. Robertson Blvd, Ste 307, Beverly Hills, CA 90211 (888) 415-0610

| DATE: 4/17/2019 6:45 AM<br>*(Fecha)* | Clerk of Court | Clerk, by  Yuet Lai<br>*(Secretario)* | , Deputy<br>*(Adjunto)* |
|---|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☒ on behalf of *(specify):* FCA US LLC, a Delaware Limited Liability Company

under: ☐ CCP 416.10 (corporation)     ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation)     ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)

☒ other *(specify):* Corporation Code 17701.16 (Limited Liability Company)
4. ☐ by personal delivery on *(date):*

**Page 1 of 1**

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465<br>*www.courtinfo.ca.gov* |
|---|---|---|

**CM-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Kathryn B. Abrams(SBN 266285) Of Counsel<br>Lemon Law Group Partners, PLC<br>150 N. Robertson Blvd, Ste 307<br>Beverly Hills, CA 90211<br>TELEPHONE NO.: 888-415-0610   FAX NO.: 888-809-7010<br>ATTORNEY FOR *(Name)*: Plaintiffs, Perfecto Marcelo & Mauricio I. Marcelo | Electronically Filed<br>by Superior Court of CA,<br>County of Santa Clara,<br>on 4/17/2019 6:45 AM<br>Reviewed By: Yuet Lai<br>Case #19CV346575<br>Envelope: 2768835 |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Santa Clara County Superior Court
STREET ADDRESS: 191 N. First Street
MAILING ADDRESS: 191 N. First Street
CITY AND ZIP CODE: San Jose 95113
BRANCH NAME: Santa Clara County Superior Court

CASE NAME:
Perfecto Marcelo & Mauricio I. Marcelo vs. FCA US LLC

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: 19CV346575 |
|---|---|---|
| [✓] Unlimited   [ ] Limited<br>(Amount demanded exceeds $25,000)   (Amount demanded is $25,000 or less) | [ ] Counter   [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | JUDGE:<br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)
**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[✓] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)
**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)
**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)
**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
[ ] Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint *(not specified above)* (42)
**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition *(not specified above)* (43)

2. This case [ ] is [✓] is not   complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties   d. [ ] Large number of witnesses
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   c. [ ] Substantial amount of documentary evidence   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply)*: a. [✓] monetary   b. [✓] nonmonetary; declaratory or injunctive relief   c. [✓] punitive
4. Number of causes of action *(specify)*: Breach of Warranty & Magnuson-Moss Warranty Act
5. This case [ ] is [✓] is not   a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: April 17, 2019
Kathryn B. Abrams
_____
(TYPE OR PRINT NAME)                        (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.
Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | CIVIL CASE COVER SHEET | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>www.courtinfo.ca.gov |

CM-010

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property
  Damage/Wrongful Death
Uninsured Motorist (46) *(if the
  case involves an uninsured
  motorist claim subject to
  arbitration, check this item
  instead of Auto)*

**Other PI/PD/WD (Personal Injury/
Property Damage/Wrongful Death)
Tort**
Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/
    Wrongful Death
Product Liability *(not asbestos or
  toxic/environmental)* (24)
Medical Malpractice (45)
  Medical Malpractice–
    Physicians & Surgeons
  Other Professional Health Care
    Malpractice
Other PI/PD/WD (23)
  Premises Liability (e.g., slip
    and fall)
  Intentional Bodily Injury/PD/WD
    (e.g., assault, vandalism)
  Intentional Infliction of
    Emotional Distress
  Negligent Infliction of
    Emotional Distress
  Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business
  Practice (07)
Civil Rights (e.g., discrimination,
  false arrest) *(not civil
  harassment)* (08)
Defamation (e.g., slander, libel)
  (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice
    *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
  Breach of Rental/Lease
    Contract *(not unlawful detainer
      or wrongful eviction)*
  Contract/Warranty Breach–Seller
    Plaintiff *(not fraud or negligence)*
  Negligent Breach of Contract/
    Warranty
  Other Breach of Contract/Warranty
Collections (e.g., money owed, open
  book accounts) (09)
  Collection Case–Seller Plaintiff
  Other Promissory Note/Collections
    Case
Insurance Coverage *(not provisionally
  complex)* (18)
  Auto Subrogation
  Other Coverage
Other Contract (37)
  Contractual Fraud
  Other Contract Dispute

**Real Property**
Eminent Domain/Inverse
  Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property *(not eminent
    domain, landlord/tenant, or
    foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal
  drugs, check this item; otherwise,
  report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
  Writ–Administrative Mandamus
  Writ–Mandamus on Limited Court
    Case Matter
  Writ–Other Limited Court Case
    Review
Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal–Labor
    Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal.
Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims
  *(arising from provisionally complex
  case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
  Abstract of Judgment (Out of
    County)
  Confession of Judgment *(non-
    domestic relations)*
  Sister State Judgment
  Administrative Agency Award
    *(not unpaid taxes)*
  Petition/Certification of Entry of
    Judgment on Unpaid Taxes
  Other Enforcement of Judgment
    Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified
  above)* (42)
  Declaratory Relief Only
  Injunctive Relief Only *(non-
    harassment)*
  Mechanics Lien
  Other Commercial Complaint
    Case *(non-tort/non-complex)*
  Other Civil Complaint
    *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate
  Governance (21)
Other Petition *(not specified
  above)* (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult
    Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief From Late
    Claim
  Other Civil Petition

**CIVIL CASE COVER SHEET**

E-FILED
4/17/2019 6:45 AM
Clerk of Court
Superior Court of CA,
County of Santa Clara
19CV346575
Reviewed By: Yuet Lai

1   Kathryn B. Abrams, Esq. (SBN: 266285)
2   **Of Counsel LEMON LAW GROUP PARTNERS, PLC**
    150 N. Robertson Blvd, Suite 307
3   Beverly Hills, California 90211
    Telephone: (888) 415-0610
4   Facsimile: (888) 809-7010
5   Email: kabrams@lemonlawgrouppartners.com

6   *Attorney for Plaintiffs, PERFECTO MARCELO & MAURICIO I. MARCELO*

7

8                SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                          COUNTY OF SANTA CLARA

10

11
    PERFECTO MARCELO & MAURICIO I.          Case No.: 19CV346575
12  MARCELO, individuals,
                                            **COMPLAINT FOR DAMAGES**
13              Plaintiffs,
                                            **1. VIOLATION OF THE SONG-**
14  vs.                                     **BEVERLY CONSUMER WARRANTY**
                                            **ACT;**
15  FCA US LLC, a Delaware Limited Liability **2. VIOLATION OF THE MAGNUSON-**
16  Company;                                **MOSS WARRANTY ACT**
17              Defendant.

18                              JURY TRIAL DEMANDED
19

20                                  SUMMARY
21      3.      This is a "lemon law" lawsuit relating to a defective 218 Dodge Challenger
22
    Hellcat, with a vehicle identification number 2C3CDZC99JH154496 (the "Subject Vehicle").
23
    While it was under warranty, Plaintiffs took the Subject Vehicle in for repairs of serious defects.
24
    However, Defendant was either unable or unwilling to properly diagnose and repair the defects.
25
    Accordingly, under the "lemon law", Defendant is obligated to repurchase the Subject Vehicle.
26
27  Plaintiffs are also entitled to a civil penalty based on Defendant's willful violation of the lemon

28
                                COMPLAINT FOR DAMAGES

law.

## PARTIES

4.      Plaintiff, Perfecto Marcelo is an individual residing at 552 Branham Lane, San Jose, California 95111.

5.      Plaintiff, Mauricio I Marcelo (collectively "Plaintiffs") is an individual residing at 552 Branham Lane, San Jose California 95111.

6.      Defendant FCA US LLC Company ("FCA") is a Delaware Limited Liability Company that does business throughout this state, including Santa Clara County.  FCA is the manufacturer and warrantor of the Subject Vehicle. FCA can be served through it registered agent CT Corporation System, 1000 Chrysler Drive, Auburn Hills, Michigan 48326.

7.      The transactions and occurrences involved in this action took place in the State of California, County of Santa Clara.  The Subject Vehicle was leased in Santa Clara County.

8.      All acts of corporate employees as alleged were authorized or ratified by an officer, director or managing agent of the corporate employer.

## FACTS

9.      On or about February 10, 2018 Plaintiff leased the Subject Vehicle from South County Chrysler Jeep Dodge ("South County"). A true and correct copy of the Lease Agreement is attached hereto and marked Exhibit "A" and by this reference made a part thereof.

10.      At the time of lease, the Subject Vehicle was accompanied with a factory warranty which, in relevant part, provided for a three (3) year, 36,000-mile bumper-to-bumper warranty (the "Warranty").  True and correct copies of the Pertinent Portion of the Warranty is attached hereto and marked Exhibit "B" and by this reference made a part thereof.  Warranty in its entirety is in Defendant's possession.

COMPLAINT FOR DAMAGES

11.     The Subject Vehicle was leased in the State of California primarily for personal, family, and/or household purposes.

12.     The Defendant's warranties covered any repairs or replacements needed during the warranty period and/or due to defects in factory materials or workmanship.

13.     In fact, when delivered, the Subject Vehicle was defective in materials and workmanship, such defects being discovered within the warranty periods and repairs were attempted.  To date, the Subject Vehicle has been in service on at least three (3) occasions to repair defects including a safety recall requiring reprogramming of the powertrain control module, loss of power and failure to run with a quarter to a half tank of fuel requiring Plaintiffs to use roadside assistance to add two (2) gallons of fuel, fuel still failing to properly fill the fuel tank due to fuel not being transferred properly between the right and left sides of the fuel tank requiring replacement of the left and right side fuel modules, fuel gauge malfunctioning due to a defective level sender requiring replacement of the fuel module which was on global backorder, check engine light illuminating and erratic fuel gauge impairing ability to fill fuel tank due to defective fuel level sensor requiring replacement of the fuel pump module assembly Yet, these repairs were unsuccessful, and the defects remain.  Currently, the Subject Vehicle is out of service again for failing to start and the remote start is inoperable due to fuel related issues.  During said repair attempts the Subject Vehicle was and out of service for at least twenty-eight (28) days and counting. A true and correct copy of the Repair Orders is attached hereto and marked Exhibit "C" and by this reference made a part thereof.

14.     Despite the multiple and extensive repairs, and the prolonged time during which Normandin Chrysler Jeep Dodge ("Normandin"), an authorized repair facility for FCA vehicles,

COMPLAINT FOR DAMAGES

was given the opportunity to repair Plaintiffs' vehicle, they have failed to repair the Subject Vehicle so as to bring it into conformity with the warranties set forth herein.

15.     The defects experienced by Plaintiffs with the Subject Vehicle substantially impair its use, value and safety to the Plaintiffs, and has shaken Plaintiffs' faith in the vehicle to operate as dependable transportation.

16.     Despite Plaintiffs' repeated efforts to allow for opportunities to repair the Subject Vehicle, many nonconforming and defective conditions were not repaired and still exist.

17.     Plaintiffs directly notified Defendant of the defective conditions of the vehicle on numerous occasions and that they desired a buy-back of the Subject Vehicle, wherein Defendant failed and refused to buy-back Plaintiffs' defective Vehicle and to reimburse Plaintiffs pursuant to their rights under California law.  A true and correct copy of the Written Notification is attached hereto and marked Exhibit "D" and by this reference made a part thereof.

### FIRST CAUSE OF ACTION

### (for Violation of the Song-Beverly Consumer Warranty Act

### Breach of Express Warranty Against FCA)

18.     Plaintiffs repeat and incorporate Paragraphs 1 through 17 as set forth above, incorporate the same herein as though fully set forth.

19.     FCA is the warrantor of the Subject Vehicle's express warranty.

20.     Pursuant to FCA's express warranty, FCA undertook to preserve or maintain the utility or performance of the Subject Vehicle or provide compensation if there was a failure in such utility or performance.

21.     The Subject Vehicle has and has had serious defects and nonconformities to warranty, including, but not limited to, the defects described above.

COMPLAINT FOR DAMAGES

22.     Under the Song-Beverly Consumer Warranty Act ("Warranty Act"), the Subject Vehicle is a "consumer good" purchased for family or household purposes and Plaintiffs have used the Subject Vehicle primarily for those purposes.

23.     Plaintiffs are "buyers" of consumer goods under the Warranty Act.

24.     Defendant FCA is a "manufacturer" and/or a "distributor" under the Warranty Act.

25.     The foregoing defects and nonconformities to warranty manifested themselves within the applicable express warranty period.  The nonconformities substantially impair the use, value and/or safety of the Subject Vehicle.

26.     Plaintiffs delivered the Subject Vehicle to Normandin, an authorized repair facility for FCA vehicles, for repair of the nonconformities.

27.     Normandin was unable to conform the Subject Vehicle to the applicable express warranties after a reasonable number of attempts.

28.     By failure of FCA to remedy the defects as alleged above, or to issue a refund or replacement, FCA is in breach of its obligations under the Act.

29.     Plaintiffs are entitled to justifiably revoke acceptance of the Subject Vehicle under the Warranty Act.

30.     Under the Warranty Act, Plaintiffs are entitled to reimbursement of all payments made towards the Subject Vehicle (less the amount directly attributable to Plaintiffs' use of the Subject Vehicle prior to the discovery of the nonconformities).

31.     Plaintiffs are entitled under the Warranty Act to recover as part of the judgment a sum equal to the aggregate amount of costs and expenses, including attorney's fees reasonably incurred in connection with the commencement and prosecution of this action.

COMPLAINT FOR DAMAGES

33.     Plaintiffs are entitled, in addition to the other amounts recovered, to a civil penalty of up to two (2) times the amount of actual damages because FCA willfully failed to comply with their responsibilities under the Warranty Act.

## SECOND CAUSE OF ACTION

### (for Violation of the Magnuson-Moss Warranty Act Against FCA)

34.     Plaintiffs repeat and incorporate Paragraphs 1 through 33 as set forth above, incorporates the same herein as though fully set forth.

35.     This Court has jurisdiction to decide claims brought under 15 USC § 2301 et seq., by virtue of 15 USC § 2301(d)(1)(A).

36.     Plaintiffs are "consumers" as defined by 15 USC § 2301(3).

37.     Defendants are "suppliers" and "warrantors" as defined by 15 USC § 2301(4)(5).

38.     The Subject Vehicle is a "consumer product" as defined by 15 USC § 2301(6).

39.     15 USC § 2301(D)(1)(A), requires Defendants, as a warrantor and supplier, to honor the written warranties, service contract and implied warranties by remedying any defects, malfunctions or non-conformities of the Subject Vehicle within a reasonable time and without charge to Plaintiffs, as defined in 15 USC § 2304(d).

40.     The actions of Defendants as hereinabove described and in failing to tender the Subject Vehicle to Plaintiffs free of defects and refusing to repair or replace the defective vehicle tendered to Plaintiffs, constitutes a breach of the written and implied warranties covering the Subject Vehicle and are in violation of the Magnuson-Moss Warranty Act.

41.     Despite repeated demands and despite the fact that the Plaintiffs have complied with all reasonable terms and conditions imposed upon them by Defendant, Defendant has failed and refused to cure any defects and non-conformity with the Subject Vehicle.

COMPLAINT FOR DAMAGES

42.     As a result of Defendant's breach of factory and implied warranty as set forth above, and Defendant's failure to honor their obligations under their warranties, Plaintiffs have and will continue to suffer damages as enumerated above.

43.     Defendant has had a reasonable opportunity to remedy the defects in the Subject Vehicle but has failed to do so, thereby entitling Plaintiffs to a refund of the lease price pursuant to the Magnuson-Moss Warranty Act.

44.     Pursuant to the Magnuson-Moss Warranty Act, 15 U.S.C. § 2310(d)(2), Plaintiffs are entitled to recover the purchase price, together with any and all incidental and consequential damages, including attorney's fees, costs and expenses of the suit, as provided by 15 USC § 2301 (D)(2) and equitable relief to which Plaintiffs are entitled.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs pray for the judgment as follows:

1.     For general damages in an amount to be proven at trial;

2.     For rescission of the purchase contract and restitution from FCA in the amount of $76,033.00;

3.     For a civil penalty of $152,066.00 to be paid by FCA under the Warranty Act;

4.     For prejudgment interest at the legal rate;

5.     For attorney's fees, costs of suit, and out-of-pocket expenses; and

6.     For such other and further relief as the court deems just and proper under the circumstances.

DATED: April 17, 2019

By: Kathy B. Abrams
Kathryn B. Abrams, Esq. -Of Counsel
COMPLAINT FOR DAMAGES

Lemon Law Group Partners, PLC
*Attorney for Plaintiffs, Perfecto Marcelo &*
*Mauricio I. Marcelo*

## **JURY TRIAL DEMANDED**

Plaintiffs demand a jury trial on all issues so triable in this action

DATED: April 17, 2019

By: *Kady B. Abrams*

Kathryn B. Abrams, Esq. -Of Counsel
Lemon Law Group Partners, PLC
*Attorney for Plaintiffs, Perfecto Marcelo &*
*Mauricio I. Marcelo*

COMPLAINT FOR DAMAGES

# EXHIBIT A

## LEASE AGREEMENT - Closed End

☒ Monthly Payment Lease   ☐ Single Payment Lease

CHRYSLER CAPITAL

| Lessor (Dealer Name and Address) | Lessee(s) (and Co-Lessee) Name(s) and Address(es) | Lessee's Garaging Address (where the Vehicle will be principally located) |
|---|---|---|
| SOUTH COUNTY CHRY-JEEP-DODGE<br>455 AUTOMALL DRIVE<br>GILROY CA 95020 | PERFECTO MARCELO<br>552 BRANHAM LN<br>SAN JOSE CA 95111<br>MAURICIO J MARCELO<br>552 BRANHAM LN<br>SAN JOSE CA 95111 | N/A |

County  CITY OF SAN JOSE

No.

Date  02/10/2018     ☐ Refer to the attached addendum for additional Lessees and their signatures.

☐ Business, commercial or agricultural purpose lease.

### Disclosures

Gap Liability Notice. In the event of theft or damage to the vehicle that results in a total loss, there may be a GAP between the amount due upon early termination and the proceeds of your insurance settlement and deductible. THIS LEASE PROVIDES THAT YOU ARE LIABLE FOR THE GAP AMOUNT. Optional coverage for the GAP amount may be offered for an additional price.

THERE IS NO COOLING OFF PERIOD. California law does not provide for a "cooling off" or other cancellation period for vehicle leases. Therefore, you cannot later cancel this Lease simply because you change your mind, decided the vehicle costs too much, or wish you had acquired a different vehicle. You may cancel this Lease only with the agreement of the lessor or for legal cause, such as fraud.

Additional Terms. (include trade-in, turn-in and other agreements)
N/A

### Description of the Leased Property (Vehicle)

| Year | Make | Model | Style | Vehicle Identification Number | Odometer Mileage |
|---|---|---|---|---|---|
| 2018 | DODGE | CHALLENGER | HELLCAT | 2C3CDZC99JH154426 | LB |

☒ New
☐ Used
☐ Demo

Equipped With:  GLUDEPUINT

You acknowledge that you have received and examined the Vehicle described above, that the Vehicle is equipped as described and is in good operating order and condition. You accept the Vehicle for all purposes of this Lease.

### Trade-In Vehicle and Its Allowance

| Year N/A | Make N/A | Model N/A | Agreed Upon Value of Trade-In $ N/A |
|---|---|---|---|
| Prior Credit or Lease Balance $ | | Net Trade-In Allowance – $ 0.00 (If less than zero, enter zero). | |

### Federal Consumer Leasing Act Disclosures

| 1. Amount Due at Lease Signing or Delivery (Itemized below) | 2. Payments | 3. Other Charges (Not part of your monthly or single payment) | | 4. Total of Payments |
|---|---|---|---|---|
| | a. Monthly Payments. Your first monthly payment of $ 395.19 is due on. 02/10/2018 followed by 35 payments of $ 995.19 due on the 12th of each month. The total of your monthly payments is $ 35826.84. | Disposition fee (if you do not purchase the Vehicle) | $ 395.00 | (The amount you will have paid by the end of the Lease) |
| $ 6000.00 | | N/A | $ N/A | 41226.65 |
| | | N/A | $ N/A | (Section 1 plus Section 2 total plus Section 3 total minus 5(b) and 5(d)) |
| | | N/A | $ N/A | |
| | b. Single Payment. Your payment of $ N/A is due on N/A | N/A | $ N/A | |
| | | N/A | $ N/A | |
| | | Total | $ 395.00 | |

### 5. Amount due at Lease signing or delivery:

* Itemization of Amount Due at Lease Signing or Delivery

| a. Capitalized Cost Reduction | $ 2652.74 | i. Cal. Tire Fee (paid to state) | + $ 1.00 | How the amount due at Lease signing or delivery will be paid: |
|---|---|---|---|---|
| b. First Monthly Payment | + $ 995.19 | j. Electronic Veh. Registration or Transfer Charge (not a gov't fee) | + $ 29.00 | |
| c. Single Payment | + $ N/A | k. TAX ON CAP RED | + $ 245.38 | Net Trade-In allowance* $ N/A |
| d. Refundable Security Deposit(s) | + $ N/A | l. N/A | + $ N/A | Rebates and non-cash credits $ N/A |
| e. Registration fees (paid to State) | + $ 787.00 | m. SALES TAX | + $ 108.69 | Amount to be paid in cash $ 6000.00 |
| f. Title fees (paid to State) | + $ N/A | n. N/A | + $ N/A | |
| g. Acquisition fee | + $ 1095.00 | o. N/A | + $ N/A | < — > Total  = $ 6000.00 |
| h. Doc Processing Charge (not a gov't fee) | + $ 80.00 | Total | = $ 6000.00 | |

### Your Payment is Determined as Shown Below:

| | N/A | | Total | $ | 395.00 |

**5. Amount due at Lease signing or delivery:**

**\* Itemization of Amount Due at Lease Signing or Delivery**

a. Capitalized Cost Reduction $ 2652.74
b. First Monthly Payment + $ 995.19
c. Single Payment $ N/A
d. Refundable Security Deposit(s) + $ N/A
e. Registration fees (paid to State) $ N/A

i. Cal. Tire Fee (paid to State) + $ 1.00
j. Electronic Veh. Registration or Transfer Charge (not a gov't fee) + $ 29.00
k. TAX ON GAP RED $ 245.38
l. N/A $ N/A

How the amount due at Lease signing or delivery was paid:

Net Trade-In allowance N/A
Rebates and non- N/A

Total $ 6000.00

**Your Payment is Determined as Shown Below:**

Gross capitalized cost. The agreed upon value of the Vehicle ($ 69988.00 ) and any items you pay over the Lease Term (such as service contracts, insurance, and any outstanding prior credit or lease balance). $ 76033.00

Capitalized cost reduction. The amount of any net trade-in allowance, rebate, non-cash credit, or cash you pay that reduces the gross capitalized cost. - $ 2652.74

Adjusted capitalized cost. The amount used in calculating your base payment. = $ 73380.26

Residual Value. The value of the Vehicle at the end of the Lease used in calculating your base payment. - $ 42931.35

Depreciation and any amortized amounts. The amount charged for the Vehicle's decline in value through normal wear and for other items paid over the Lease Term = $ 30448.91

Rent charge. The amount charged in addition to the depreciation and any amortized amounts. + $ 2344.51
Total of base payments. The depreciation and any amortized amounts plus the rent charge. = $ 32793.42
Lease Term. The number of months in your Lease. ÷ 36
Lease payments. The number of payments in your Lease. 36
Base Payment = $ 910.93
Sales/use tax + $ 84.26
Total payment = $ 995.19

**Early Termination.** You may have to pay a substantial charge if you end this Lease early. The charge may be up to several thousand dollars. The actual charge will depend on when the Lease is terminated. The earlier you end the Lease, the greater this charge is likely to be.

**Excessive Wear and Use.** You may be charged for excessive wear based on our standards for normal use and mileage in excess of 12000 miles per year at the rate of $ 0.50 per mile. (Excess Mileage Charge)

[X] **Purchase Option at End of Lease Term.** If the box on this line is checked, you have the option to purchase the Vehicle at the end of the Lease Term for $ 42931.35 and a purchase option fee of $ 350.00. This purchase option price does not include official fees such as those for taxes, tags, license and registration which you will also be required to pay.

**Other Important Terms.** See Lease documents for additional information on early termination, purchase options and maintenance responsibilities, warranties, late and default charges, insurance, and any security interest, if applicable.

**Itemization of Gross Capitalized Cost**

Agreed upon value of the Vehicle $ 69988.00
Sales or Use Tax and any other applicable taxes $ N/A
Title, License and Registration fees (paid to State) $ N/A
Electronic Veh. Registration or Transfer Charge (not a gov't fee) $ N/A
Service Contract $ N/A
Doc. Processing Charge (not a gov't fee) $ N/A

Outstanding Prior Credit or Lease Balance and Negative Equity $ N/A
Acquisition fee $ N/A
Optional GAP Waiver or GAP Coverage $ N/A
$ N/A
MBP $ 1050.00

Agreed upon value of Accessories/Optional Equipment
GUIDEPOINT $ 4995.00
$ N/A
$ N/A
$ N/A
$ N/A
Total $ N/A

**Additional Protections**

You may buy any of the following voluntary protection plans. They are not required as part of this Lease and will not be a factor in our decision to lease the Vehicle to you.

| | | Price $ |
|---|---|---|
| [ ] Service Contract | | N/A |
| Term | N/A | |
| Coverage | N/A | |
| [ ] Gap Waiver or Gap Coverage | | Price $ N/A |
| Term | N/A | |
| Coverage | N/A | WHL |
| [X] Mechanical Breakdown Protection (MBP) | | Price $ MM 1050.00 |
| Term | 36000 MILES / 36 MONTHS | |
| Coverage | | |
| [ ] Extended Warranty | | Price $ N/A |
| Term | N/A | |
| Coverage | N/A | |
| [ ] Term N/A | | Price $ N/A |
| Coverage | N/A | |
| [ ] Term N/A | | |
| Coverage | N/A | |

**Other Terms**

N/A

**Notices**

THIS IS A LEASE AGREEMENT. THIS IS NOT A PURCHASE AGREEMENT. PLEASE REVIEW THESE MATTERS CAREFULLY AND SEEK INDEPENDENT PROFESSIONAL ADVICE IF YOU HAVE ANY QUESTIONS CONCERNING THIS TRANSACTION. YOU ARE ENTITLED TO AN EXACT COPY OF THE AGREEMENT YOU SIGN.

**Signatures**

Entire Agreement. Your and our entire agreement is contained in: (a) this Lease; and (b) any related agreement between you and us about conditions that must be satisfied before delivery of the Vehicle. There are no unwritten agreements regarding this Lease. Any change to this Lease must be in writing and signed by you and by us

02/16/2018

Name

| | | | | | | |
|---|---|---|---|---|---|---|
| Transfer Charge (not a gov't fee) | $ | | N/A | N/A N/A | $ | N/A |
| Service Contract | $ | N/A MBP | | 1050.00 N/A | | N/A |
| Doc. Processing Charge (not a gov't fee) | $ | N/A | | | $ | 76033.00 |

## Additional Protections

You may buy any of the following voluntary protection plans. They are not required as part of this Lease and will not be a factor in our decision to lease the Vehicle to you.

Your signature below means that you want the described item and that you have received and reviewed a copy of the contract(s) for the product(s). If no coverage or charge is given for an item, you have declined any such coverage we offered.

☐ Service Contract

☐ Gap Waiver or Gap Coverage    Price $    N/A
Term    N/A
Coverage    N/A

☑ Mechanical Breakdown Protection (MBP)    Price $  DM  1050.00
Term    36000 MILES / 36 MONTHS

☐ Extended Warranty    Price $
Term    N/A
Coverage    N/A

☐    Price $    N/A
Term N/A    N/A
Coverage    N/A

☐    Price $    N/A
Term N/A    N/A
Coverage    N/A

☐    Price $    N/A
Term N/A    N/A
Coverage    N/A

Name _____    02/10/2018

Name _____    02/10/2018

## Additional Terms

**Additional Fees and Charges.** Information about a Security Deposit and a Late Charge can be found in the *Additional Lease Terms* section. In addition to the other amounts promised in this Lease, you agree to pay the following:

* **Vehicle Return Fee.** You will pay us a Vehicle Return Fee of $ DM  495.00  if this Lease is terminated before the end of the scheduled Lease Term OR if the Vehicle is returned to us or to our agents. This Fee will not apply if the Lease ends early by your purchase of the Vehicle.

* **Disposition Fee.** You will pay us a Disposition Fee of $ DM 95.00  when you return the Vehicle at the end of the scheduled Lease Term. This Fee will not apply if the Lease ends early or if you buy the Vehicle at the end of the Lease Term (if you have that option).

* **Official Fees and Taxes.** The *estimated* total amount you will pay for official and license fees, registration, title and taxes over the term of your Lease, whether included with your monthly (or single) payment or assessed otherwise: $ DM 5915.41  The actual total of fees and taxes may be higher or lower, depending on the tax rates in effect or the value of the leased property at the time a fee or tax is assessed.

☐ **Service Charge for Unclaimed Security Deposit Refunds.** Unless prohibited, if we send you a check after this Lease ends to refund the remaining portion of any Security Deposit and you do not collect that check when due months, you agree that we may deduct a monthly service charge of $ N/A  from the remaining portion of any Security Deposit until it is gone or otherwise refunded to you.

**Warranties.** The Vehicle is subject to the following express warranties that apply to this Lease:

☐ The standard written manufacturer's warranty. This warranty is made by the manufacturer and NOT by the Lessor.

☐    N/A

By signing this Lease, you acknowledge receiving a copy of the above written warranties. You understand that we (the Lessor) make no express or implied warranties other than those described above (if any). Except as required by law, the Lessor makes no implied warranty of merchantability and no warranty that the Vehicle is fit for a particular purpose. Except as provided above, you will take the Vehicle as is and with all faults.

## Other Terms

N/A

## Notices

THIS IS A LEASE AGREEMENT. THIS IS NOT A PURCHASE AGREEMENT. PLEASE REVIEW THESE MATTERS CAREFULLY AND SEEK INDEPENDENT PROFESSIONAL ADVICE IF YOU HAVE ANY QUESTIONS CONCERNING THIS TRANSACTION. YOU ARE ENTITLED TO AN EXACT COPY OF THE AGREEMENT YOU SIGN.

**Notice.** You have no ownership rights in the Vehicle unless and until you exercise your option to purchase the Vehicle.

**Notice.** You have the right to return the vehicle, and receive a refund of any payments made if the credit application is not approved, unless nonapproval results from an incomplete application or from incorrect information provided by you.

**Arbitration.** This Lease contains an Arbitration Agreement that affects your rights. By signing this Lease, you agree to the terms of the Arbitration Agreement.

## Signatures

**Entire Agreement.** Your and our entire agreement is contained in: (a) this Lease, and (b) any related agreement between you and us about conditions that must be satisfied after delivery of the Vehicle. There are no unwritten agreements regarding this Lease. Any change to this Lease must be in writing and signed by you and by us.

Name _____    02/10/2018
PERFECTO MARCELO

Name _____    02/10/2018
MAURICIO I MARCELO

**Notice to Lessee:** By signing below, you agree to the terms of this Lease. You received a copy of this Lease and had a chance to read and review it before you signed it.

(1) Do not sign this Lease before you read it or if it contains any blank spaces to be filled in. (2) You are entitled to a completely filled in copy of this Lease. (3) This is a Lease agreement and not a purchase agreement. Please seek independent professional advice if you have any questions concerning this transaction. (4) Warning - Unless a charge is included in this Lease for public liability or property damage insurance, payment for that coverage is not provided by this Lease.

You acknowledge that you received a completely filled in copy of this agreement.

Name _____    02/10/2018
Title  PERFECTO MARCELO

Name _____    02/10/2018
Title  MAURICIO I MARCELO

**Lessor's Acceptance.** By signing below, Lessor agrees to the terms and conditions of this Lease.

* **Lessee DL Inspection.** The Lessor inspected each Lessee's driver's license and compared and verified the signature on each license with a signature of each Lessee, written in Lessor's presence. Lessor believes that each Lessee providing such information is currently licensed to drive by the state of his/her residence.

* **Assignment.** Lessor assigns this Lease and all rights and title to the Vehicle to the Assignee identified below (if any). This assignment is subject to any separate Assignment Agreement between the Lessor and Assignee.

Assignee Name _____

Address    CCAP AUTO LEASE LTD
PO BX 961272
FORT WORTH TX 76161

Phone  (855)563-5635

Name _____    02/10/2018
WAYNE LEW
Title  MANAGER

Motor Vehicle Lease-CA
Chrysler Capital is a trademark of Chrysler Group LLC and licensed to Santander Consumer USA Inc.
(To Reorder Form: 1-888-339-9886)
SAN-MVLCE-CA 5/1/2013
Page 1 of 2

# EXHIBIT B





Quality Auto Parts for All Major Makes

# MOPAR. PARTS & ACCESSORIES LIMITED WARRANTIES

## MOPAR. BASIC LIMITED WARRANTY



Except as noted below, Mopar. Parts and Magneti Marelli Offered by Mopar parts installed by an authorized FCA US LLC dealership, including Chrysler, Dodge, Jeep,. Ram, FIAT* and Alfa Romeo locations are warranted against defects in workmanship or materials for 24 months/unlimited miles for both parts and labor. Mopar Parts sold wholesale to an automotive service facility and installed by a professional technician are warranted against defects in workmanship or materials for 24 months/unlimited miles for parts and up to $150.00 in labor. Mopar Parts and Magneti Marelli Offered by Mopar parts sold over-the-counter for vehicle owner or do-it-yourself installation are warranted against defects in workmanship or materials for 24 months/unlimited miles for parts exchange only.

Mopar Parts and Magneti Marelli Offered by Mopar parts replaced on an FCA US LLC vehicle still covered by the FCA US LLC New Vehicle Basic Limited Warranty are warranted for the remainder of the 3-Year/36,000-Mile New Vehicle Basic Limited Warranty, or for the Mopar 24-Month Basic Limited Warranty from the original installation date, whichever is more favorable to the customer.

The Mopar Basic Limited Warranty covers the cost of towing a vehicle to the nearest authorized FCA US LLC dealership if the failure of a covered part causes the vehicle to be inoperative. If a Mopar part or a Magneti Marelli Offered by Mopar part is installed in an FCA US LLC vehicle by an authorized FCA US LLC dealer, and if, while that part is still under warranty, it causes other parts to be damaged or to fail, those other parts will be repaired or replaced under warranty, regardless of whether the other parts were covered by an FCA US LLC warranty at the time of failure. These warranties are the only express warranties made by FCA US LLC for Mopar Parts and Accessories and Magneti Marelli Offered by Mopar parts. Except where prohibited by law, this warranty is the sole and exclusive remedy. No person, including a dealer or employee of FCA US LLC or its affiliated corporations, has the authority to vary or change these warranties.

Mopar Parts and Magneti Marelli Offered by Mopar parts sold with a separate manufacturer's warranty are not eligible for the Mopar warranty. Warranty information on these parts is provided with the part or in its packaging. Examples include: Garmin navigation, TomTom navigation, Katzkin leather, Koss headphones, truck bedliners, paint sealant and fabric protection.

### EXCEPTIONS:

The following Mopar products have time and mileage limitations or warranty coverage that differs from the general coverage described above:

- ▶ Mopar Batteries
- ▶ Magneti Marelli Offered by Mopar Batteries
- ▶ Mopar Collision Parts
- ▶ Mopar Catalytic Converters
- ▶ Mopar Gaskets and Seals
- ▶ Magneti Marelli Offered by Mopar Catalytic Converters
- ▶ Mopar Powertrain
- ▶ Mopar Remanufactured Powertrain
- ▶ Mopar HEMI* Crate Engine Kit
- ▶ Mopar Performance Parts
- ▶ Mopar Lifetime Limited Warranty on Value Line Brake Pads/Shoes, Value Line Shocks/Struts and Value Line Mufflers
- ▶ Magneti Marelli Offered by Mopar Brake Pads/Shoes and Shocks/Struts

# MOPAR₀ AND MAGNETI MARELLI OFFERED BY MOPAR REPLACEMENT BATTERY LIMITED WARRANTY

Batteries found to be defective in materials or workmanship will be replaced at no charge for the part-specified free replacement period from the date of purchase, as noted below.

Batteries installed on an FCA US LLC vehicle covered by the New Vehicle Basic Limited Warranty, which are found to be defective, are warranted for the remainder of the New Vehicle Basic Limited Warranty, or within the free replacement period, whichever is more favorable to the customer.

If the vehicle is equipped with a prorated warranty battery (not all batteries include a prorated warranty, see the top of the battery for warranty details), the owner may receive a prorated allowance toward the purchase of a new Mopar₀ or Magneti Marelli Offered by Mopar replacement battery.

If the vehicle is not equipped with a prorated warranty battery, is no longer covered by the New Vehicle Basic Limited Warranty, and the free replacement period for the Mopar and Magneti Marelli Offered by Mopar Battery Warranty has expired, the owner may receive a prorated allowance toward the purchase of a new Mopar or Magneti Marelli Offered by Mopar replacement battery.

This warranty is given only to the original retail purchaser, and this warranty is thus nontransferable. The prorated amount will be computed by dividing the number of months since the date the battery was purchased or installed as original equipment (as shown by the date on the customer repair order or parts counter ticket) by the number of months of proration shown on the battery and multiplied by the purchase price of the battery. A battery that fails under the New Vehicle Basic Limited Warranty will be replaced with a Mopar battery of equal or next highest amp-hour rating.

**WHAT IS NOT COVERED:**

Batteries that are discharged are not considered defective.

# MOPAR COLLISION REPLACEMENT PARTS LIFETIME LIMITED WARRANTY

This warranty is not transferable to a subsequent owner of the vehicle. FCA US LLC warrants, to the original purchaser only, Mopar Replacement Sheet Metal products, including plastic bumper covers and grilles, against defects in material or workmanship for as long as the original purchaser owns the vehicle on which the part is installed.

This warranty includes perforation (metal rust-through) due to corrosion in normal use. Replacement sheet metal products which prove to be defective due to perforation (inside-out rust-through only) will be repaired or replaced at the option of FCA US LLC. If the vehicle is eight (8) model years old or more, FCA US LLC may replace the defective part with a comparable salvage part. This warranty covers the cost of parts, labor and paint for replacement parts, including outer-panel sheet metal parts, if incurred as a result of the failure; if preapproved by FCA US LLC; and if an authorized FCA US LLC dealer originally installed the part. Parts are covered on a replacement basis only, if the original part was sold over-the-counter. This warranty is not transferable.

**WHAT IS NOT COVERED:**

This warranty does not cover corrosion due to fire, accident, vehicle abuse, owner negligence or vehicle alteration; corrosion caused by sand, hail, airborne fallout, chemicals, salt, road hazards or stone damage; or surface paint deterioration or corrosion (other than inside-out perforation).

# MOPAR AND MAGNETI MARELLI OFFERED BY MOPAR REPLACEMENT CATALYTIC CONVERTER LIMITED WARRANTY

Mopar and Magneti Marelli Offered by Mopar replacement catalytic converters are warranted against defect in materials or workmanship for 3 years/25,000 miles from the date of installation, whichever comes first. The external converter shell and end bushings are warranted against defect in materials or workmanship for 5 years/50,000 miles from the date of installation, whichever comes first.

# MOPAR GASKETS AND SEALS LIMITED WARRANTY

Gaskets and seals installed by an authorized dealer are warranted against normal defects in material and workmanship for 12 months/unlimited miles from the date of repair for both parts and labor.

Gaskets and seals NOT installed by an authorized dealer are warranted against normal defects in material and workmanship for 12 months/unlimited miles from the date of purchase for parts (exchange) only. The warranty does not cover labor charges or applicable taxes. CUSTOMER MUST KEEP ORIGINAL RECEIPT.

## MOPAR₂ AND MOPAR REMANUFACTURED POWERTRAIN LIMITED WARRANTY



The Mopar. 3-Year/100,000-Mile Powertrain Limited Warranty covers the following Mopar and Mopar Remanufactured powertrain products: transfer case assemblies, transmissions, engines (excludes Cummins) and cylinder heads (excludes Cummins).

Mopar will reimburse the installer at FCA US LLC Warranty Time for the authorized repair at the lesser of either the repair facility's rate or the selling dealer's warranty rate.

To activate the Powertrain Warranty, complete the Mopar Parts Powertrain Warranty Registration at the time of sale via DealerCONNECT for both dealer installed, independent repair facility installed and over-the-counter wholesale Mopar and Mopar Remanufactured powertrain components. At the time of sale, a copy of the limited warranty and registration card found in the component packaging must be provided to the customer.

## MOPAR HEMI* CRATE ENGINE KIT POWERTRAIN LIMITED WARRANTY

HEMI* crate engine kits are covered by a 3-Year/100,000-Mile Powertrain Limited (parts exchange only) Warranty. Installation kits must be purchased on the same invoice as the engine to qualify for the 3-Year/100,000-Mile Parts Exchange Warranty. Failure to provide proof of the installation kit with the engine will void the 3-Year/100,000-Mile Powertrain Warranty. Mopar HEMI crate engines would then be covered against defects in materials and workmanship for a 90-day period (parts exchange only).

## REMANUFACTURED CUMMINS DIESEL PARTS 1-YEAR/UNLIMITED-MILES LIMITED NATIONWIDE WARRANTY

Effective May 1, 2017, Cummins short and long block engines, cylinder heads and components do not need to be registered using the electronic Mopar Powertrain Warranty Registration System. In order to validate warranty coverage, the customer must present the repair order complete with the following information: VIN, part number, serial number, date and mileage at time of repair.

## REMANUFACTURED CUMMINS DIESEL COMPLETE ENGINES 2-YEAR/100,000-MILE LIMITED NATIONWIDE WARRANTY

Effective June 1, 2016, Cummins Running Complete engines do not need to be registered using the electronic Mopar Powertrain Warranty Registration System. In order to validate warranty coverage, the customer must present the repair order complete with the following information: VIN, part number, serial number, date and mileage at time of repair.

Complete remanufactured Cummins diesel engines purchased for use in any other application than an FCA US Ram truck will void the 2-Year/100,000-Mile Warranty. Mopar Powertrain Parts are covered against defects in materials and workmanship for a 90-day period (parts exchange only) for any installation which varies from the original equipment specifications.

## MOPAR PERFORMANCE PARTS LIMITED WARRANTY

Mopar Performance crate engine assemblies are warranted for "parts only" "as delivered" against defects in materials or workmanship for 90 days from the date of purchase. The following covered components for Mopar Performance engine assemblies, which prove to be defective in materials or workmanship, will be replaced on an exchange basis for 90 days: cylinder blocks and all internal parts; cylinder head assemblies; intake manifold; core plugs; valve covers; oil pan; timing gear and/or chain and cover; water pump; gaskets and seals.

Mopar Performance Parts with part numbers beginning with "P" are sold "as-is" without warranty coverage of any kind by Mopar unless otherwise noted.

See the Mopar Accessory Databook or Mopar Performance Catalog for more details.

## MOPAR® LIFETIME LIMITED WARRANTY ON VALUE LINE AND MAGNETI MARELLI OFFERED BY MOPAR BRAKE PADS/SHOES, VALUE LINE AND MAGNETI MARELLI OFFERED BY MOPAR SHOCKS/STRUTS AND VALUE LINE MUFFLERS INSTALLED ON VEHICLES OR SOLD OVER-THE-COUNTER FOR DO-IT-YOURSELF INSTALLATION ON OR AFTER OCTOBER 1, 2014:

Dealer Installed:

The above Mopar, products are warranted against normal wear and defects for 24 months/ unlimited miles for both parts and labor.



Beyond the 24-month period, the Lifetime Limited Warranty covers replacement of the defective part only and does not include labor. Your FCA US LLC dealer will replace the defective product for as long as the customer owns the vehicle on which the products were originally installed and is, therefore, not transferable to a subsequent owner of the vehicle.

Sold Wholesale for Professional Installation:

The above Mopar products sold wholesale to an automotive service facility and installed by a professional technician are warranted against defects in workmanship or materials for 24 months/unlimited miles for parts and up to $150.00 in labor.

Beyond the 24-month period, the Lifetime Limited Warranty covers replacement of the defective part only and does not include labor. Your FCA US LLC dealer will replace the defective product for as long as the customer owns the vehicle on which the products were originally installed and is, therefore, not transferable to a subsequent owner of the vehicle.

Sold for Do-It-Yourself or Owner Installation:

Mopar Parts sold over-the-counter for do-it-yourself or owner installation are warranted against defects in workmanship or materials for 24 months/unlimited miles for parts (exchange) only.

## MOPAR LIFETIME LIMITED WARRANTY ON VALUE LINE BRAKE PADS/SHOES, VALUE LINE SHOCKS/STRUTS AND VALUE LINE MUFFLERS INSTALLED ON VEHICLES OR SOLD OVER-THE-COUNTER FOR DO-IT-YOURSELF INSTALLATION PRIOR TO OCTOBER 1, 2014:

Dealer Installed:

The above Mopar products were warranted against normal wear and defects for 12 months/12,000 miles for both parts and labor.

Beyond 12 months/12,000 miles, your FCA US LLC dealer will replace the worn or defective product for as long as the customer owns the vehicle on which the products were originally installed and is, therefore, not transferable to a subsequent owner of the vehicle. This warranty does not cover labor charges or applicable taxes.

Over-the-Counter or Wholesale:

The above Mopar Parts sold over-the-counter or wholesale are warranted against defects in workmanship or materials for 12 months/unlimited miles for parts (exchange) only.

## MAGNETI MARELLI OFFERED BY MOPAR LIFETIME LIMITED WARRANTY ON REMANUFACTURED STARTERS, REMANUFACTURED ALTERNATORS, WATER PUMPS INSTALLED ON VEHICLES OR SOLD OVER-THE-COUNTER FOR DO-IT-YOURSELF INSTALLATION PRIOR TO OCTOBER 1, 2014:

The limited warranty period starts on the day the part is sold, as reported on the sales receipt, to the consumer, and lasts for as long as the consumer owns the vehicle on which the part was originally installed. The limited warranty is not transferable. When the vehicle is sold or otherwise disposed of (i.e., the vehicle is no longer titled in consumer's name), the limited warranty ends. CONSUMER MUST KEEP ORIGINAL RECEIPT.

Consumer must take vehicle and sales receipt for the original part to the authorized dealer, independent repair facility, distributor or sales outlet, as applicable, which sold the original part to receive a replacement part in exchange. It is recommended that the consumer takes the vehicle to the authorized seller who sold the part. However, the consumer may obtain replacement parts under warranty from any authorized dealer. Labor costs for installation of the replacement parts must be paid by consumer.

# MAGNETI MARELLI OFFERED BY MOPAR₈ 12-MONTH/12,000-MILE AND LIFETIME LIMITED WARRANTY ON SHOCKS, STRUTS, BRAKE PADS KITS AND BRAKE SHOES INSTALLED ON VEHICLES OR SOLD OVER-THE-COUNTER FOR DO-IT-YOURSELF INSTALLATION PRIOR TO OCTOBER 1, 2014:

The limited warranty period starts on the day the part is sold, as reported on the sales receipt, to the consumer, and lasts for as long as the consumer owns vehicle on which the part was originally installed. The limited warranty is not transferable. When the vehicle is sold or otherwise disposed of (i.e., the vehicle is no longer titled in consumer's name), the limited warranty ends. CONSUMER MUST KEEP ORIGINAL RECEIPT.

a) Parts installed by an authorized dealer:

Parts installed by an authorized dealer were warranted for both parts and labor for 12 months/12,000 miles, or for parts only on an exchange basis for as long as consumer owns the vehicle on which the part was originally installed, whichever was more favorable. If any such parts are defective during the warranty period, an authorized dealer will provide a replacement part. The consumer must pay any applicable taxes. When vehicle and sales receipt for the original part are brought to the authorized dealer which sold the original part, consumer will receive a replacement part and any warranty service covered as shown above. It is recommended that consumers take their vehicle to the authorized dealer who sold the part. However, warranty service may be obtained under warranty from any authorized dealer.

b) Parts NOT installed by an authorized dealer:

Parts NOT installed by an authorized dealer are warranted for parts only on an exchange basis. When the vehicle and sales receipt for the original parts are brought to the dealer, independent repair facility, distributor or sales outlet, as applicable, which sold the original part, consumer will receive a replacement part in exchange. It is recommended that consumers take their vehicle to the authorized seller who sold the part. However, replacement parts may be obtained under warranty from any authorized dealer. Consumer must pay the labor costs for installation of the replacement parts.

## HOW TO OBTAIN WARRANTY SERVICE

Where both parts and labor are covered warranty items, repair will be made by any FCA US LLC dealership at no charge. Where parts only are covered, the FCA US LLC dealership will provide replacement parts at no charge. It is recommended that vehicles be taken to the selling dealership or to the dealer who sold or installed the Mopar₈ part or accessory. However, replacement parts or service under warranty may be obtained from any authorized FCA US LLC dealer.

**WHAT IS NOT COVERED:**

Mopar warranties cover neither non-FCA US LLC or non-Mopar Parts, components or equipment. These warranties also do not cover the costs of any repairs or adjustments that might be caused by or needed because of the use or installation of any non-FCA US LLC or non-Mopar Parts, equipment, materials or additives.

Mopar warranties do not cover the costs of repairing damage or conditions caused by fire or accident; by abuse, negligence or misuse (for example: driving over curbs, or overloading or racing the vehicle); by improper adjustment, alteration or failure to maintain the vehicle on which parts are installed; or corrosion or damage caused by the use of caustic materials.

Mopar warranties do not cover parts installed on a vehicle used for racing or competition, nor do they cover the repair of any damage or conditions caused by racing or competition.

Mopar warranties do not cover the costs of repairing or replacing any part due to damage caused by poor or improper maintenance, contaminated fuels, or the use of fuels, oils, lubricants or fluids of a type other than those recommended in your Owners Manual.

Mopar warranties do not cover the costs of damage caused by environmental factors or Acts of God. "Environmental factors" include such items as airborne fallout, chemicals, tree sap, salt, ocean spray and road hazards. "Acts of God" include such things as hail, floods, windstorms, lightning, tornadoes, sandstorms and earthquakes.

Mopar warranties do not apply to parts installed on a vehicle that has had its odometer or emissions systems tampered with or disconnected, or that has been declared a total loss by any insurance company, or is rebuilt after being declared a total loss; or is issued a certificate of title indicating that it is designated as "salvage," "junk," "rebuilt" or words of similar import. FCA US LLC will deny warranty coverage without notice if it finds that a vehicle is ineligible for warranty coverage because it has been salvaged or declared a total loss as set forth in this paragraph.

Mopar. Limited Warranties do not cover any incidental or consequential damages connected with the failure of the part under warranty. Such damages include lost time; inconvenience; the loss of the use of your vehicle; the cost of rental cars, gasoline, telephone, travel or lodging; the loss of personal or commercial property; or the loss of revenue. Some states do not allow the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusions may not apply to you.

Your warranties can also be restricted by FCA US LLC, as set forth in the New Vehicle Limited Warranty. If your New Vehicle Limited Warranty is restricted by FCA US LLC, coverage under your Mopar Parts and Accessories Limited Warranties may also be restricted or denied.

**OTHER TERMS:**

To the extent allowed by law, any implied warranties, including any implied warranty of merchantability or fitness for a particular purpose, are limited in duration to the duration of these express warranties. Some states do not allow limitations on how long an implied warranty lasts, so the above limitations may not apply to you.

These warranties are the only express warranties made by FCA US LLC for Mopar Parts and Accessories. Except where prohibited by law, this warranty is the sole and exclusive remedy.

No person, including a dealer or employee of FCA US LLC, has the authority to vary or change these warranties.

Michigan law governs this warranty to the extent allowed by law. Interpretation of the terms of this warranty must be done using Michigan law.

These limited warranties give you specific legal rights and you may also have other rights which vary from state to state.

     

©2017 FCA US LLC. All Rights Reserved. Chrysler, Dodge, Jeep, Ram, Mopar, SRT and HEMI are registered trademarks of FCA US LLC. FIAT and ALFA ROMEO are registered trademarks of FCA Group Marketing S.p.A., used with permission by FCA US LLC. Magneti Marelli is a registered trademark of Magneti Marelli S.p.A.

# EXHIBIT C



**SINCE 1875**

# NORMANDIN
### CHRYSLER JEEP DODGE

900 Capitol Expressway Auto Mall, San Jose, CA 95136

Telephone (408) 288-9300
B.A.R. REG. # ARD00021005  EPA # CAD981445586

| CUSTOMER NO. | | | | | | |
|---|---|---|---|---|---|---|
| 139471 | | | | | | |

| ADVISOR | | TAG NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|
| DAN RANALLT | 017 | 2398 | 11/16/10 | CHC5575050 |

MAURICIO MARCELO
552 BRANHAM LANE EAST
SAN JOSE, CA 95111

LABOR RATE | LICENSE NO. | | 10,810 | COLOR | STOCK NO.

YEAR/MAKE/MODEL
18/DODGE/CHALLENGER, SRT_HE/CHALLENGE
VEHICLE ID.
2 1 C 3 C D Z C 7 C 9 0 1 H 1 5 4 4 9 6

DELIVERY DATE | DELIVERY MILES
SELLING DEALER NO. | PRODUCTION DATE

marcelomauricio26@icloud.com

P.T.E. No. | P.O. No. | R.O. DATE
10/29/18

RESIDENCE PHONE | BUSINESS PHONE
408-582-2694

COMMENTS

RO: 10815

TOTAL LABOR
TOTAL PARTS
TOTAL
DISC CHG
DISC/DISC
TAX

**TOTAL INVOICE**  0.00



**NORMANDIN**
CHRYSLER JEEP DODGE

SINCE 1875

Telephone (408) 244-0500

B.A.R. REG. # ARD00021009   EPA # CAD981646596

900 Capitol Expressway Auto Mall   San Jose, CA 95136

| 13R471 | | | | 12/14/18 | |
|---|---|---|---|---|---|
| MAURICIO MARCELO | DAN RANALLI | | 0174 | 1836 | |
| 552 BRANHAM LANE EAST | | | | 12.701 | |
| SAN JOSE, CA 95111 | 18/DODGE/CHALLENGER SRT HE/CHALLENGE | | | | |
| | 2.C.3.C.D.Z.C.9.9.1.H.1.5.4.4.9.5 | | | | |
| marcelomauricio99@icloud.com | | | | 12/11/18 | |
| 408-582-7891 | | | | | NO: 17200 |

SINCE 1875

## NORMANDIN
### CHRYSLER JEEP DODGE

Telephone (408) 744-8500

B.A.R. REG. # ARD00721005 . EPA # CAD981844588

900 Capitol Expressway Auto Mall , San Jose , CA 95136

| 139471 | DAN RANALLI | 017A | 1C30 | 12/14/18 | CH533783M5 |
|---|---|---|---|---|---|
| MAURICIO MARCELO | | | 12,201 | | |
| 532 BRADMAN LANE EAST | 18/DODGE/CHALLENGER SRT HE/CHALLENGE | | | | |
| SAN JOSE , CA 95121 | 2C3CDZC99JH156496 | | | | |
| marcelomauricio9@icloud.com | QUEBEN | | | 12/11/18 | |
| 408-582-7594 | | | | | NO. 12206 |

TOTAL INVOICE $ 0.00



NORMANDIN
CHRYSLER JEEP DODGE

Telephone (408) 266-9500

900 Capitol Expressway Auto Mall   San Jose   CA 95136

CUSTOMER

MAURICIO MARCELO
552 BRANHAM LANE EAS
SAN JOSE, CA 95136

marcelomauricio26@icloud.com
RESIDENCE PHONE
408-582-2694
BUSINESS PHONE

LABOR & PARTS

FUEL GALCE READS 1/2 TANK WHEN THE FUEL TANK IS ACTUALLY
FULL. FAULT CODE P0268 - FUEL LEVEL SENSOR 2 CIRCUIT
HIGH.
DAMAGED RIGHT SIDE FUEL MODULE (LEVEL SENDING UNIT.
DAMAGED IN SHIPMENT. FUEL MODULE IS ON GLOBAL
BACKORDER WITH NO ETA.
REMOVE LEVEL SENDER FROM THE RIGHT SIDE FUEL MODULE
REPLACED ON WRO 575050 AND INSTALL FUEL LEVEL SENDER
ON THE RIGHT SIDE FUEL MODULE THAT IS IN THIS VEHICLE.
THE CORRECT LEVEL SENDER IS NOT AVAILABLE SEPARATELY
FROM THE FUEL MODULE AND THE MODULE IS ON GLOBAL
BACKORDER.

COMMENTS

TOTAL LABOR
TOTAL PARTS

JOB # 1 OSCH201        ELECTRICAL/GAUGES      HOURS:   2.00 TECH(S):0116        WARRANTY
FUEL GAUGE READS 1/2 TANK WHEN THE FUEL TANK IS ACTUALLY
FULL. FAULT CODE P0268 . FUEL LEVEL SENSOR 2 CIRCUIT
HIGH.
DAMAGED RIGHT SIDE FUEL MODULE LEVEL SENDING UNIT
DAMAGED IN SHIPMENT FUEL MODULE IS ON GLOBAL
BACKORDER WITH NO ETA.
REMOVE FUEL SENDER FROM THE RIGHT SIDE FUEL MODULE
REPLACED ON WRO 375050 AND INSTALL FUEL LEVEL SENDER
ON THE RIGHT SIDE FUEL MODULE THAT IS IN THIS VEHICLE.
THE CORRECT LEVEL SENDER IS NOT AVAILABLE SEPARATELY
FROM THE FUEL MODULE AND THE MODULE IS ON GLOBAL
BACKORDER.

                                    JOB #  1 TOTAL LABOR & PARTS        0.00

COMMENTS
NOTE GOODWILL RENTAL FROM CHRYSLER FOR 10 DAYS CASE#37280533
CASE MANAGER DOROTHY

TOTALS

                                              TOTAL LABOR......        0.00
                                              TOTAL PARTS......        0.00
                                              TOTAL SUBLET....         0.00
                                              TOTAL G.O.G.....         0.00
                                              TOTAL MISC CHG.          0.00
                                              TOTAL MISC DISC          0.00
                                              TOTAL TAX.......         0.00

                                       **TOTAL INVOICE $**        **0.00**


CUSTOMER SIGNATURE

PAGE 1 OF 1                CUSTOMER COPY              [ END OF INVOICE ]    02:54pm

NORMANDIN
CHRYSLER JEEP DODGE
900 Capitol Expressway Auto Mall  San Jose  CA 95136

Telephone  (408) 265-8500

CUSTOMER NO.  139471

MAURICIO MARCELO
552 BRANHAM LANE EAST
SAN JOSE, CA 95111

marcelomauricio26@icloud.com

RESIDENCE PHONE  408-582-2694   BUSINESS PHONE

DAD RANALLI                         2898

18/DODGE/CHALLENGER SR  R/CHALLENGER

SUBLET       PO#       VEND INV# INV DAT  DESCRIPTION
JOB # 3   160832              MARCE

ESTIMATE
CUSTOMER HEREBY ACKNOWLEDGES RECEIVING
ORIGINAL ESTIMATE OF

COMMENTS
NOTE GOODWILL RENTAL FROM CHRYSLER FOR 30 DAYS CASE#37280533
CASE MANAGER DOROTHY

TOTALS

| | |
|---|---|
| TOTAL LABOR | 0.00 |
| TOTAL PARTS | 0.00 |
| TOTAL SUB | 0.00 |
| TOTAL | 0.00 |
| TOTAL MISC CHG | 0.00 |
| TOTAL MISC DISC | 0.00 |
| TOTAL TAX | 0.00 |

TOTAL INVOICE $          0.00

MAURICIO MARCELO
552 BRANHAM LANE EAST
SAN JOSE, CA 95111

marcelomauricio260@icloud.com
RESIDENCE PHONE   BUSINESS PHONE
408-582-2694

YEAR / MAKE / MODEL
18/DODGE/CHALLENGER SRT HE/CHALLENGE
VEHICLE ID NO.
2C3CDZC99JH154486

10,810

DELIVERY DATE        DELIVERY MILES

SELLING DEALER NO.   PRODUCTION DATE

R.O. DATE
10/29/18

NO. 10815

SUBLET
JOB #  160832

ESTIMATE
CUSTOMER HEREBY
ORIGINAL ESTIMATE
COMMENTS
NOTES GOODWILL RENTAL
CASE MANAGER DOROTHY
TOTALS

TOTAL INVOICE

CUSTOMER SIGNATURE

PAGE 2 OF 2          CUSTOMER COPY          [ END OF INVOICE ]   02:54pm



CHRYSLER JEEP DODGE

Capitol Expressway Auto Mall  San Jose   CA 95136

B.A.R.REG#/ARD00021005  EPA#/CAD981446586

139471

MAURICIO MARCELO
552 BRANHAM LANE EAST
SAN JOSE, CA 95111

marcelomauricio2601cloud.com
RESIDENCE PHONE          BUSINESS PHONE
408-582-2694

DAN RANAL...

YEAR MAKE MODEL
18/DODGE/CHALLENGER

LABOR & PARTS

U60 Safety Recall U60
(Recall ESN)
U60 Safety Recall U60
FLASH PCM 05033965AE

PARTS      QTY    FP-NUMBER         DESCRIPTION

GENERAL CONCERN
LOSE OF POWER NO START BEFORE AT 1/2 TANK NO START AT 1/2 TANK
NO APPOINTMENT WILL TRY TO GET TO IT AS SOON AS 1/2 AN ...
FEEL FORCEFULLY
VEHICLE WOULD EXHIBIT A LOSS OF POWER AND NON RUNNING
BETWEEN 1/4 TANK AND 1/2 TANK OF FUEL. GALLONS OF FUEL
WOULD BE ADDED BY ROAD SIDE ASSISTANCE AND VEHICLE WOULD
WOULD START. CUSTOMER STATED AT 1/2 TANK WAS A ...
IMMEDIATE AND FELL THE 1/2 TANK. AT THIS POINT ... WOULD
TAKE FUEL OVER 3 GALLONS OF FUEL TO FILL THE TANK AS THE
CAPACITY IS 18.5 GALLONS FUEL IS NOT BEING TRANSFERRED FROM
THE RIGHT SIDE OF THE FUEL TANK TO SUPPLY FUEL IN THE FUEL
PUMP ON THE LEFT SIDE
FUEL IS NOT BEING TRANSFERRED FROM THE RIGHT SIDE OF THE
FUEL TANK TO SUPPLY FUEL TO THE FUEL PUMP ON THE LEFT
SIDE OF THE TANK
REMOVE AND REPLACE THE LEFT AND THE RIGHT SIDE FUEL
MODULES WITH NEW UNITS
NOTE: PARTS HERE ON GLOBAL BACKORDER

PARTS      QTY    FP-NUMBER         DESCRIPTION              UNIT PRICE

```
(Recall CSN 1)                 Reprogram Powertrain Control Module
U60 Safety Recall U60 - Reprogram Powertrain Control Module
FLASH PCM 05035946AE to targeted part number 05035946AC.

PARTS------QTY---FP-NUMBER---------  ---DESCRIPTION---------------------UNIT PRICE-
                                              JOB #  1 TOTAL PARTS          0.00
                                   --------------------------------------------
                                              JOB #  1 TOTAL LABOR & PARTS  0.00
J# 2 01CHZ01       GENERAL CONCERN    HOURS   2.00 TECH(S):0116
          LOSE OF POWER NO START BEFORE AT 1/4 TANK NO START AT 1/2 TANK    WARRANTY
          NO APPOINTMENT WILL TRY TO GET TO IT AS SOON AS WE CAN (Gen
          eral concern 1)
          VEHICLE WOULD EXHIBIT A LOSS OF POWER AND QUIT RUNNING
          BETWEEN 1/4 TANK AND 1/2 TANK OF FUEL.  2 GALLONS OF FUEL
          WOULD BE ADDED BY ROAD SIDE ASSISTANCE AND THEN THE LENGTH
          WOULD START. CUSTOMER WOULD GO TO THE GAS STATION
          IMMEDIATELY AND FILL THE FUEL TANK. AT THIS POINT IT WOULD
          TAKE JUST OVER 8 GALLONS OF FUEL TO FILL THE TANK. THE TANK
          CAPACITY IS 18.5 GALLONS. FUEL IS NOT BEING TRANSFERED FROM
          THE RIGHT SIDE OF THE FUEL TANK TO SUPPLY FUEL TO THE FUEL
          PUMP ON THE LEFT SIDE
          FUEL IS NOT BEING TRANSFERRED FROM THE RIGHT SIDE OF THE
          FUEL TANK TO SUPPLY FUEL TO THE FUEL PUMP ON THE LEFT
          SIDE OF THE TANK
          REMOVE AND REPLACE THE LEFT AND THE RIGHT SIDE FUEL
          MODULES WITH NEW UNITS.
          NOTE: PARTS HERE ON GLOBAL BACKORDER

PARTS------QTY   FP-NUMBER----   - ----DESCRIPTION--------------UNIT PRICE-
JOB # 2      1   68258753-AF         MODULE FU 14067004                  WARRANTY
JOE # 2      1   68258756-AD         MODULEKIT 14067004                  WARRANTY
                                              JOB #  2 TOTAL PARTS          0.00
                                   --------------------------------------------
                                              JOB #  2 TOTAL LABOR & PARTS  0.00
J# 3 22CHHJOB       CHEC & INFLATE TIRES PCURSL    TECH(S):0116       .. 0.50
          (Check Tire Pressure)
          CHECK TIRES PRESS

PARTS------QTY---FP-NUMBER----  ----  -DESCRIPTION----   ------  UNIT  PRICE-
                                              JOB #  3 TOTAL PARTS          0.00
                                   --------------------------------------------
                                              JOB #  3 TOTAL LABOR & PARTS  0.00
J# 4-17CHZ          RENTAL CAR       HOURS   0.00 TECH(S):0116       WARRANTY
          RENTAL DURING REPAIRS PERFORMED ON

PARTS------QTY   FP-NUMBER-----------DESCRIPTION----------------UNIT PRICE-
                                              JOB #  4 TOTAL PARTS          0.00


PAGE 1 OF 2           CUSTOMER COPY            [CONTINUED ON NEXT PAGE]   02:54pm
```

# NORMANDIN
## CHRYSLER JEEP DODGE

**SINCE 1875**

Telephone (408) 266-9500

900 Capitol Expressway Auto Mall  San Jose  CA 95136

| CUSTOMER NO | | ADVISOR |
|---|---|---|
| 1394751 | | DAN RANALDI |

MAURICIO MARCELO
552 BRANHAM LANE EAST
SAN JOSE, CA 95111

marcelomauricio26@icloud.com

RESIDENCE PHONE: 408-582-2694

YEAR/MAKE/MODEL: 08/DODGE/CHALLENGER SRT

**LABOR & PARTS**

CUSTOMER STATES CHECK ENGINE LIGHT ON

P0462 FUEL LEVEL SENSOR
P0462 FUEL LEVEL SENSOR
PERFORMED DIAGNOSTIC INSPECTION
TO BE ERRATIC LEVEL SENSOR AS FUEL EVALUATED
FUEL PUMP ASSEMBLY. REMOVE AND REPLACE FUEL
MODULE ASSEMBLY WITH A NEW UNIT AND REPLACE LEVEL
SENSOR CIRCUIT OPERATION OKAY  ROAD TESTED VEHICLE TO
VERIFY OPERATION IN REAL WORLD ENVIRONMENT OKAY

| PARTS | QTY | FB NUMBER | DESCRIPTION | UNIT PRICE | |
|---|---|---|---|---|---|
| | | | | TOTAL PARTS | |

CHECK AND INFLATE TIRES TO PROPER PRESSURE
RECORD PRESSURES TO REPAIR ORDER
CHECK TIRES PRESS

| PARTS | QTY | FB NUMBER | DESCRIPTION | UNIT PRICE | |
|---|---|---|---|---|---|
| | | | | JOB # 2 TOTAL PARTS | 0.00 |
| | | | | JOB # 2 TOTAL LABOR & PARTS | 0.00 |



SINCE 1875
# NORMANDIN
## CHRYSLER JEEP DODGE

900 Capitol Expressway Auto Mall   San Jose   CA 95136

Telephone (408) 266-9500
DMV REG. DAR0002100S   EPA CAD981448588

| CUSTOMER No. | 139471 |
| --- | --- |

MAURICIO MARCELO
552 BRANHAM LANE EAST
SAN JOSE, CA 95111

marcelomauricio26@icloud.com

| RESIDENCE PHONE | BUSINESS PHONE |
| --- | --- |
| 408-582-2694 | |

ADVISOR: DAN RANALLO

TAG CHCS5/8345

YEAR MAKE MODEL
V8/DODGE/CHALLENGER SRT 8/CHALLENGER

COMMENTS

TOTALS

| | | |
| --- | --- | --- |
| TOTAL LABOR | | 0.00 |
| TOTAL PARTS | | 0.00 |
| TOTAL SUBLET | | 0.00 |
| TOTAL G.O.G. | | 0.00 |
| TOTAL MISC CHG. | | 0.00 |
| TOTAL MISC DISC. | | 0.00 |
| TOTAL TAX | | 0.00 |

**TOTAL INVOICE $   0.00**

CUSTOMER SIGNATURE



# EXHIBIT D

# LEMON LAW GROUP PARTNERS PLC

Attorneys and Counselors at Law
150 N Robertson Blvd
Suite 307
Beverly Hills, CA 90211

Telephone (888) 415-0610
Facsimile (888) 809-7010
Email: info@lemonlawgrouppartners.com

January 21, 2019

FCA US LLC
7700 Irvine Center Drive, 1st Floor
Irvine, CA 92618

Re: Mauricio Marcelo
    Vehicle: 2018 Dodge Challenger Hellcat
    VIN: 2C3CDZC99JH154496

Dear Sir/Madam:

Please be advised that this law firm represents the legal interests of Mauricio Marcelo relating to the purchase of the above-mentioned vehicle. Let this letter serve as notification that you immediately cease and desist all communications with our client. The only exception is the dealership may communicate with the client is reference to future repairs. Moreover, if you make any attempts to settle with our client without including all statutory relief, including all damages attorney fees and costs the consumer is entitled to, we may file suit against you. This letter hereby notifies you of our attorney's lien with respect to our client.

Please let this letter also serve as notification that our client's vehicle is defective. The vehicle has been brought in for repairs several times for numerous defects and although you have been afforded sufficient opportunities for repairs, the defects continue to exist and substantially impair the use and value and/or safety of the vehicle. If you are interested in any further repairs pursuant to the Lemon Law you must contact me immediately. Our client demands that you immediately take action as required by law.

This letter shall also serve as our client's Revocation of Acceptance pursuant to the Uniform Commercial Code § 2608 and notice of defect under the Lemon Law. Due to the serious defects with the Vehicle since its purchase, our client hereby demands a return of the full purchase price along with all interest paid on the finance note as well as attorney fees and incidental and consequential damages within 10 days of receipt of this letter to settle this matter prior to filing a lawsuit.

Please be advised that if you do not adhere to our demands within 10 days, our client has instructed me to file a lawsuit against you asserting claims that include, but in no way are limited to, breach of warranties, both express and implied, violation of the Magnuson Moss Warranty Act, violation of the Lemon Law, revocation of acceptance, and common law breach of contract. Please direct all future communication to my attention.

Respectfully submitted,

LEMON LAW GROUP PARTNERS PLC
By: s/n Kathryn Abrams
Of Counsel Attorney for Plaintiff

CC: South County Chrysler Dodge Jeep Ram Fiat, 455 Automall Dr, Gilroy, CA 95020

# EXHIBIT B

1  BOWMAN AND BROOKE LLP
   Richard L. Stuhlbarg (SBN: 180631)
2  970 West 190th Street, Suite 700
   Torrance, California 90502
3  Tel No.:   310/ 768-3068
   Fax No.:   310/ 719-1019
4
   BOWMAN AND BROOKE LLP
5  Sean A. Ramia (SBN: 172989)
   Parris H. Schmidt (SBN: 183999)
6  1741 Technology Drive, Suite 200
   San Jose, California 95110
7  Tel No.:   408/ 279-5393
   Fax No.:   408/ 279-5845
8
   Attorneys for Defendant
9  FCA US LLC

10              **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

11                 **FOR THE COUNTY OF SANTA CLARA**

12

13

14  PERFECTO MARCELO &          )    **CASE NO.:  19CV346575**
    MAURICIO I. MARCELO, individuals, )
15                              )    Assigned to:  Hon. Mark H. Pierce
              Plaintiffs,       )    Department:  2
16                              )
        vs.                     )    **FCA US LLC'S ANSWER TO COMPLAINT;**
17                              )    **DEMAND FOR JURY TRIAL**
    FCA US LLC, a Delaware Limited )
18  Liability Company,          )
                                )    Action Filed:  April 17, 2019
19            Defendant.        )    Trial:       None
                                )
20                              )

21

22       Defendant FCA US LLC ("FCA US"), for itself alone and for no other party,

23  hereby answers Plaintiffs' Complaint ("Complaint") as follows:

24                           **<u>GENERAL DENIAL</u>**

25       Under the provisions of section 431.30(d) of the California Code of Civil

26  Procedure, FCA US denies each and every allegation, both specifically and generally,

27  of each cause of action contained in Plaintiffs' Complaint on file herein, and the whole

28  thereof, and denies that Plaintiffs were damaged in any sum or sums, or at all.

## FIRST AFFIRMATIVE DEFENSE

### (Failure to State Cause of Action)

1.      Plaintiffs' Complaint fails to state facts sufficient to constitute a cause of action against FCA US.

## SECOND AFFIRMATIVE DEFENSE

### (Duration of Implied Warranty)

2.      The duration of the implied warranty is three months for a used good. Civil Code § 1795.5(c).

## THIRD AFFIRMATIVE DEFENSE

### (Subject Vehicle Fit for its Intended Purpose)

3.      FCA US is informed and believes, and on that basis alleges that the 2018 Dodge Challenger Hellcat (VIN # 2C3CDZC99JH154496) was fit for providing transportation at all relevant times hereto.  Accordingly, Plaintiffs are not entitled to relief for breach of the implied warranty of merchantability.  (*American Suzuki Motor Corporation v. Superior Court* (1995) 37 Cal.App.4th 1291.)

## FOURTH AFFIRMATIVE DEFENSE

### (No Timely Revocation)

4.      Plaintiffs have no restitution remedy under breach of implied warranty because there was no timely revocation of acceptance after the alleged breach and before a substantial change in the condition of the goods.

## FIFTH AFFIRMATIVE DEFENSE

### (Unreasonable or Unauthorized Use)

5.      FCA US is informed and believes some of Plaintiffs' concerns may have been caused by unreasonable or unauthorized use.  (Civil Code § 1794.3.)

## SIXTH AFFIRMATIVE DEFENSE

### (Misuse, Abuse, Improper Maintenance, or Other Exclusion)

6.      FCA US is informed and believes, and on that basis alleges, that Plaintiffs and/or others misused, abused and improperly cared for and maintained the 2018

1    Dodge Challenger Hellcat, therefore, some or all of Plaintiffs' nonconformities were or

2    should have been excluded from coverage.  Specifically, FCA US alleges that after

3    appropriate discovery, one or more of the stated specific warranty exclusions may be

4    applicable.

5    **SEVENTH AFFIRMATIVE DEFENSE**

6    **(Good Faith Evaluation)**

7         7.     FCA US is informed and believes, and on that basis alleges, at all times,

8    FCA US's evaluation of Plaintiffs' repurchase request has been in good faith,

9    consequently, Plaintiffs have no claim for civil penalty for any alleged willful violation.

10    **EIGHTH AFFIRMATIVE DEFENSE**

11    **(Estoppel, Laches, and/or Lack of Good Faith)**

12         8.     FCA US is informed and believes some or all of Plaintiffs' claims may be

13    barred by estoppel, laches and/or lack of good faith.

14    **NINTH AFFIRMATIVE DEFENSE**

15    **(Third Party Resolution)**

16         9.     FCA US maintains a qualified third-party dispute resolution process,

17    consequently, Plaintiffs have no claim for civil penalty for any alleged willful violation.

18    (*Suman v. BMW of North America, Inc.* (1994) 23 Cal.App.4th 1.)

19    **TENTH AFFIRMATIVE DEFENSE**

20    **(Civil Code section 1794(e)(3))**

21         10.     FCA US is informed and believes, and on that basis, alleges that Plaintiffs

22    failed to provide written notice under Civil Code section 1794, subdivision (e)(3), and

23    therefore, Plaintiffs' civil penalty claim is barred.

24    **ELEVENTH AFFIRMATIVE DEFENSE**

25    **(Statute of Limitations)**

26         11.     FCA US is informed and believes, and on that basis, alleges, that the

27    Complaint, and each cause of action thereof, is barred by application of the statutes of

28    limitation set forth in the Code of Civil Procedure §§ 337, 338, 339, 340, Commercial

1   Code §2725 or any other statute of limitation applicable to the present action.

2   **TWELFTH AFFIRMATIVE DEFENSE**

3   **(Failure to Maintain)**

4   12.   FCA US is informed and believes, and on that basis alleges that Plaintiffs

5   are precluded from recovery by reason of his failure to maintain and service the subject

6   vehicle.

7   **THIRTEENTH AFFIRMATIVE DEFENSE**

8   **(No Substantial Impairment)**

9   13.   FCA US is informed and believes, and on that basis allege that none of

10  the alleged nonconformities claimed by Plaintiffs substantially impaired the subject

11  vehicle's use, value, or safety.

12  **FOURTEENTH AFFIRMATIVE DEFENSE**

13  **(Other Affirmative Defenses)**

14  14.   FCA US alleges that it may have additional affirmative defenses available

15  to it of which it is not now fully aware.  FCA US reserves the right to assert affirmative

16  defenses after the same shall have been ascertained.

17  WHEREFORE, Defendant FCA US, prays as follows:

18  a.   For dismissal of Plaintiffs' Complaint with prejudice;

19  b.   For judgment in favor of Defendant FCA US, against Plaintiffs;

20  c.   For the costs of suit herein; and,

21  d.   For such other and further relief as the Court may deem just and

22  proper.

23  DATED:  May 24, 2019          BOWMAN AND BROOKE LLP

24

25  BY: _____

26  Richard L. Stuhlbarg
    Sean A. Ramia

27  Parris H. Schmidt
    Attorneys for Defendant

28  FCA US LLC

1

2
## **DEMAND FOR JURY TRIAL**

3
Defendant FCA US LLC hereby demands a trial by jury.

4

5
DATED:  May 24, 2019                    BOWMAN AND BROOKE LLP

6
BY: _____

7
Richard L. Stuhlbarg

8
Sean A. Ramia
Parris H. Schmidt

9
Attorneys for Defendant
FCA US LLC

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE
*CCP 1013A(3)*

**STATE OF CALIFORNIA, COUNTY OF SANTA CLARA**

I am employed in the County of Santa Clara, State of California.  I am over the age of 18 and not a party to the within action; my business address is 1741 Technology Drive, Suite 200, San Jose, California  95110-1364.

On May 24, 2019, I served the foregoing document described as ***FCA US LLC'S ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL*** on all interested parties in this action by placing (  ) the original (**X**) true copy(ies) thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Kathryn B. Abrams, Esq.<br>Of Counsel LEMON LAW GROUP<br>PARTNERS, PLC<br>150 N. Robertson Blvd., Suite 307<br>Beverly Hills, CA 90211 | **ATTORNEYS FOR PLAINTIFF**<br><br>Tel:        888/ 415-0610<br>Fax:        888/ 809-7010<br>Email:<br>kabrams@lemonlawgrouppartners.com |

(**X**)      **BY MAIL (CCP §1013(a) and §2015.5):** As follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Jose, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit

( )      **BY OVERNIGHT DELIVERY/NEXT DAY DELIVERY (CCP §1013(a) and §2015.5):** I sealed such document(s) in separate envelopes for each addressee and deposited each for collection and mailing via overnight mail/next day delivery in a box or other facility regularly maintained by the U.S. Postal Service or an express service carrier, or delivered to an authorized courier or driver authorized by the U.S. Postal Service or an express service carrier to receive documents, with delivery fees paid or provided for.

Executed on May 24, 2019, at San Jose, California.

(**X**) (State)  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Page Bridges

# EXHIBIT C

# LEASE AGREEMENT - Closed End

**CHRYSLER CAPITAL**

☑ Monthly Payment Lease ☐ Single Payment Lease

| Lessor (Dealer Name and Address) | Lessee(s) (and Co-Lessee) Name(s) and Address(es) | Lessee's Garaging Address (where the Vehicle will be principally located) |
|---|---|---|
| SOUTH COUNTY CHRY-JEEP-DODGE<br>455 AUTOMALL DRIVE<br>GILROY CA 95020 | PERFECTO MARCELO<br>552 BRANHAM LN<br>SAN JOSE CA 95111<br>MAURICIO I MARCELO<br>552 BRANHAM LN<br>SAN JOSE CA 95111 | N/A |

No. _____

Date 02/10/2018

County CITY OF SAN JOSE

☐ Refer to the attached addendum for additional Lessees and their signatures.

☐ Business, commercial or agricultural purpose lease.

## Disclosures

Gap Liability Notice. In the event of theft or damage to the vehicle that results in a total loss, there may be a GAP between the amount due upon early termination and the proceeds of your insurance settlement and deductible. THIS LEASE PROVIDES THAT YOU ARE LIABLE FOR THE GAP AMOUNT. Optional coverage for the GAP amount may be offered for an additional price.

THERE IS NO COOLING OFF PERIOD. California law does not provide for a "cooling off" or other cancellation period for vehicle leases. Therefore, you cannot later cancel this Lease simply because you change your mind, decided the vehicle costs too much, or wish you had acquired a different vehicle. You may cancel this Lease only with the agreement of the lessor or for legal cause, such as fraud.

Additional Terms. (Include trade-in, turn-in and other agreements)
N/A

## Description of the Leased Property (Vehicle)

| Year | Make | Model | Style | Vehicle Identification Number | Odometer Mileage |
|---|---|---|---|---|---|
| 2018 | DODGE | CHALLENGER | HELLCAT | 2C3CDZC99JH154496 | ___ Lb. |

☑ New ☐ Used ☐ Demo — Equipped With: GLUDEPOINT

You acknowledge that you have received and examined the Vehicle described above, that the Vehicle is equipped as described and is in good operating order and condition. You accept the Vehicle for all purposes of this Lease.

## Trade-In Vehicle and Its Allowance

| Year N/A | Make N/A | Model N/A | Agreed Upon Value of Trade-In $ 0.00 | |
|---|---|---|---|---|
| Prior Credit or Lease Balance $ N/A | | "Net Trade-In Allowance" = $ 0.00 (if less than zero, enter zero). | | |

## Federal Consumer Leasing Act Disclosures

| 1. Amount Due at Lease Signing or Delivery (Itemized below) | 2. Payments | 3. Other Charges (Not part of your monthly or single payment) | 4. Total of Payments (The amount you will have paid by the end of the Lease) |
|---|---|---|---|
| $ 6000.00 | a. Monthly Payments. Your first monthly payment of $ 995.19 is due on 02/10/2018, followed by 35 payments of $ 995.19 due on the 12th of each month. The total of your monthly payments is $ 35826.84. <br> b. Single Payment. Your payment of $ N/A is due on N/A | Disposition fee (if you do not purchase the Vehicle) $ 395.00 <br> N/A $ N/A <br> N/A $ N/A <br> N/A $ N/A <br> N/A $ N/A <br> N/A $ N/A <br> **Total** $ 395.00 | $ 41226.65 (Section 1 plus Section 2 total plus Section 3 total minus 5(b) and 5(f)) |

| 5. Amount due at Lease signing or delivery: | | * Itemization of Amount Due at Lease Signing or Delivery | | |
|---|---|---|---|---|
| a. Capitalized Cost Reduction | $ 2632.14 | i. Cal. Tire Fee (paid to State) | $ 1.00 | How the amount due at Lease signing or delivery will be paid: |
| b. First Monthly Payment | + $ 995.19 | j. Electronic Veh. Registration or Transfer Charge (not a gov't fee) | + $ 29.00 | Net Trade-In Allowance $ N/A |
| c. Single Payment | + $ N/A | k. TAX ON CAP RED | + $ 245.38 | Rebates and non-cash credits $ N/A |
| d. Refundable Security Deposit(s) | + $ N/A | l. SALES TAX | + $ 108.69 | Amount to be paid in cash $ 6000.00 |
| e. Registration fees (paid to State) | + $ N/A | m. N/A | + $ N/A | <— > Total $ 6000.00 |
| f. Title fees (paid to State) | + $ 787.00 | n. N/A | + $ N/A | |
| g. Acquisition fee | + $ 1095.00 | o. N/A | + $ N/A | |
| h. Doc. Processing Charge (not a gov't fee) | + $ 80.00 | **Total** | = $ 6000.00 | |

**Your Payment is Determined as Shown Below:**

| N/A | | Total | $ | 395.00 |

**5. Amount due at Lease signing or delivery:**   **Itemization of Amount Due at Lease Signing or Delivery**

a. Capitalized Cost Reduction + $ 2652.74   i. Cal. Tire Fee (paid to State) $ 1.00

b. First Monthly Payment + $ 995.19   j. Electronic Veh. Registration or Transfer Charge (not a gov't fee) $ 29.00   How the amount due at Lease signing or delivery will be paid:

c. Smg'e Payment + $ N/A   k. TAX ON CAP RED $ 245.28   Net Trade-In "Seance" $ N/A

d. Refundable Security Deposit (s) + $ N/A   l. N/A $ N/A   Rebates and non-

e. Registration fees (paid to State) + $ N/A   $ N/A

f. Doc. Processing Charge (not a gov't fee) + $ 80.00   Total $ 6000.00   Total $ 6000.00

### Your Payment is Determined as Shown Below:

Gross capitalized cost. The agreed upon value of the Vehicle ($ 69988.00 ) and any items you pay over the Lease Term (such as service contracts, insurance, and any outstanding prior credit or lease balance). = $ 76033.00

Rent charge. The amount charged in addition to the depreciation and any amortized amounts. + $ 2344.51

Total of base payments. The depreciation and any amortized amounts plus the rent charge. = $ 32794.42

Capitalized cost reduction. The amount of any net trade-in allowance, rebate, non-cash credit, or cash you pay that reduces the gross capitalized cost. – $ 2652.74

Lease Term. The number of months in your Lease. 36

Adjusted capitalized cost. The amount used in calculating your base payment. = $ 73380.26

Lease payments. The number of payments in your Lease. 36

Base Payment + $ 910.93

Residual Value. The value of the Vehicle at the end of the Lease used in calculating your base payment. – $ 42931.35

Sales/use tax + $ 84.26

Depreciation and any amortized amounts. The amount charged for the Vehicle's decline in value through normal wear and for other items paid over the Lease Term. = $ 30448.91

Total payment = $ 995.19

**Early Termination.** You may have to pay a substantial charge if you end this Lease early. The charge may be up to several thousand dollars. The actual charge will depend on when the Lease is terminated. The earlier you end the Lease, the greater this charge is likely to be.

**Excessive Wear and Use.** You may be charged for excessive wear based on our standards for normal use and mileage in excess of 12000 miles per year at the rate of $ 0.50 per mile. (Excess Mileage Charge)

[X] **Purchase Option at End of Lease Term.** If the box in this line is checked, you have the option to purchase the Vehicle at the end of the Lease Term for $ 42931.35 and a purchase option fee of $ 350.00. The purchase option price does not include official fees such as those for taxes, tags, license and registration which you will also be required to pay.

**Other Important Terms.** See Lease documents for additional information on early termination, purchase options and maintenance responsibilities, warranties, late and default charges, insurance, and any security interest, if applicable.

### Itemization of Gross Capitalized Cost

| | | | | Agreed upon value of Accessories/Optional Equipment | |
|---|---|---|---|---|---|
| Agreed upon value of Vehicle | $ 69988.00 | Outstanding Prior Credit or Lease Balance and Negative Equity | $ N/A | GUIDEPOINT | $ 4995.00 |
| Sales or Use Tax and any other applicable taxes | $ N/A | Acquisition fee | $ N/A | N/A | $ N/A |
| Title, License and Registration fees (paid to State) | $ N/A | Optional GAP Waiver or GAP Coverage | $ N/A | N/A | $ N/A |
| Electronic Veh. Registration or Transfer Charge (not a gov't fee) $ | N/A | | N/A | N/A | $ N/A |
| Service Contract | $ N/A | MBP | $ 1050.00 | N/A | $ N/A |
| Doc. Processing Charge (not a gov't fee) | $ N/A | | | | |

### Additional Protections

You may buy any of the following voluntary protection plans. They are not required as part of this Lease and will not be a factor in our decision to lease the Vehicle to you.

[ ] Service Contract   Price $ _____
Term N/A
Coverage N/A

[ ] Gap Waiver or Gap Coverage   Price $ N/A
Term N/A
Coverage N/A

[X] Mechanical Breakdown Protection (MBP)   Price $ 1050.00
Term 36000 MILES / 36 MONTHS
Coverage

[ ] Extended Warranty   Price $ _____
Term N/A
Coverage N/A

[ ] _____   Price $ _____
Term N/A
Coverage N/A

[ ] _____
Coverage N/A

Name _____

### Other Terms

N/A

### Notices

**THIS IS A LEASE AGREEMENT. THIS IS NOT A PURCHASE AGREEMENT. PLEASE REVIEW THESE MATTERS CAREFULLY AND SEEK INDEPENDENT PROFESSIONAL ADVICE IF YOU HAVE ANY QUESTIONS CONCERNING THIS TRANSACTION, YOU ARE ENTITLED TO AN EXACT COPY OF THE AGREEMENT YOU SIGN.**

### Signatures

**Entire Agreement.** Your and our entire agreement is contained in: (a) the Lease; and (b) any related agreement between you and us about conditions that must be satisfied either at very of the Vehicle. There are no unwritten agreements regarding this Lease. Any change to this Lease must be in writing and signed by you and by us.

02/16/2018

| | | | | |
|---|---|---|---|---|
| Transfer Charge (not a gov't fee) $ | N/A | N/A | | N/A |
| Service Contract $ | N/A | MBP | 1050.00 N/A | $ N/A |
| Doc. Processing Charge (not a gov't fee) | N/A | | Total | $ 76033.00 |

## Additional Protections

You may buy any of the following voluntary protection plans. They are not required as part of this Lease and will not be a factor in our decision to lease the Vehicle to you.

Your signature below means that you want the described item and that you have received and reviewed a copy of the contract(s) for the product(s). If no coverage or charge is given for an item, you have declined any such coverage we offer.

☑ Service Contract

☑ Gap Waiver or Gap Contract

☑ Mechanical Breakdown Protection (MBP)   Price $ PM 1050.00

Coverage   36000 MILES / 36 MONTHS

☐ Extended Warranty   Price $ N/A

Term   N/A

Coverage   N/A

☐ Term N/A   Price $ N/A

Coverage   N/A

☐ Term N/A   Price $ N/A

Coverage   N/A

☐ Term N/A   Price $ N/A

Coverage   N/A

Name _____   02/16/2018

Name _____   02/16/2018

## Additional Terms

**Additional Fees and Charges.** Information about a Security Deposit and a Late Charge can be found in the Additional Lease Terms section. In addition to the other amounts promised in this Lease, you agree to pay the following:

- **Vehicle Return Fee.** You will pay us a Vehicle Return Fee of $ PM 400.00 if this Lease is terminated before the end of the scheduled Lease Term OR if the Vehicle is returned to us or to our agents. This Fee will not apply if the Lease ends early by your purchase of the Vehicle.

- **Disposition Fee.** You will pay us a Disposition Fee of $ PM 395.00 when you return the Vehicle at the end of the scheduled Lease Term. This Fee will not apply if the Lease ends early or if you buy the Vehicle at the end of the Lease Term (if you have that option).

- **Official Fees and Taxes.** The estimated total amount you will pay for official and license fees, registration, title and taxes over the term of your Lease, whether included with your monthly (or single) payment or assessed otherwise is: $ N/A. The actual total of fees and taxes may be higher or lower, depending on the tax rates in effect or the value of the leased property at the time a fee or tax is assessed.

☐ **Service Charge for Unclaimed Security Deposit Refunds.** Unless prohibited, if we send you a check after this Lease ends to return the remaining portion of any Security Deposit and you do not collect that check within six months, you agree that we may deduct a monthly service charge of $ N/A from the remaining portion of any Security Deposit until it is gone or otherwise refunded to you.

**Warranties.** The Vehicle is subject to any existing express warranties that apply to this Lease.

☐ The standard written manufacturer's warranty. This warranty is made by the manufacturer and NOT by the Lessor.

☐ N/A

By signing this Lease, you acknowledge receiving a copy of the above written warranties. You understand that we (the Lessor) make no express or implied warranties other than those described above (if any). Except as required by law, the Lessor makes no implied warranty of merchantability and no warranty that the Vehicle is fit for a particular purpose. Except as provided above, you will take the Vehicle as is and with all faults.

## Other Terms

N/A

## Notices

THIS IS A LEASE AGREEMENT. THIS IS NOT A PURCHASE AGREEMENT. PLEASE REVIEW THESE MATTERS CAREFULLY AND SEEK INDEPENDENT PROFESSIONAL ADVICE IF YOU HAVE ANY QUESTIONS CONCERNING THIS TRANSACTION. YOU ARE ENTITLED TO AN EXACT COPY OF THE AGREEMENT YOU SIGN.

Notice. You have no ownership rights in the Vehicle unless and until you exercise your option to purchase the Vehicle.

Notice. You have the right to return the vehicle, and receive a refund of any payments made if the credit application is not approved, unless nonapproval results from an incomplete application or from incorrect information provided by you.

Arbitration. This Lease contains an Arbitration Agreement that affects your rights. By signing this Lease, you agree to the terms of the Arbitration Agreement.

## Signatures

Entire Agreement. Your and our entire agreement is contained in: (a) this Lease, and (b) any related agreement between you and us about conditions that must be satisfied after delivery of the Vehicle. There are no unwritten agreements regarding this Lease. Any change to this Lease must be in writing and signed by you and by us.

Name   PERFECTO MARCELO   02/16/2018

Name   MAURICIO L MARCELO   02/16/2018

Notice to Lessee. By signing below, you agree to the terms of this Lease. You received a copy of this Lease and had a chance to read and review it before you signed it.

(1) Do not sign this Lease before you read it or if it contains any blank spaces to be filled in. (2) You are entitled to a completely filled in copy of this Lease. (3) This is a lease agreement and not a purchase agreement. Please seek independent professional advice if you have any questions concerning this transaction. (4) Warning - Unless a charge is included in this Lease for public liability or property damage insurance, payment for that coverage is not provided by this Lease.

You acknowledge that you received a completely filled in copy of this agreement.

Name _____   02/16/2018
Title   PERFECTO MARCELO

Name _____   02/16/2018
Title   MAURICIO L MARCELO

Lessor's Acceptance. By signing below, Lessor agrees to the terms and conditions of this Lease.

- **Lessee DL Inspection.** The Lessor inspected each Lessee's driver's license and compared and verified the signature on each license with a signature of each Lessee, written in Lessor's presence. Lessor believes that each Lessee providing such information is currently licensed to drive by the state of his/her residence.

- **Assignment.** Lessor assigns this Lease and all rights and title to the Vehicle to the Assignee identified below (if any). This assignment is subject to any separate Assignment Agreement between the Lessor and Assignee.

Assignee Name

Address   CCAP AUTO LEASE LTD
PO BX 961272
FORT WORTH TX 76161

Phone   (855)563-5635

Name   WAYNE LEW   02/16/2018
Title   MANAGER

Motor Vehicle Lease-CA.
Chrysler Capital is a trademark of Chrysler Group LLC and licensed to Santander Consumer USA Inc.

SAN-MVLCE-CA 5/1/2013   Page 1 of 2